```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

**MELINDA THOMPSON**              )
                                  )
v.                                )   Civil Action No. 3:11-0392
                                  )   Judge Nixon/Knowles
**CITY OF LEBANON, TENNESSEE,**   )
**ET AL.**                        )


### O R D E R

Pending before the Court is the parties' Joint Motion to Amend Second Case Management Order and Continue Trial Date. Docket Entry No. 48. This Motion is granted, and with permission of Judge Nixon, the trial date is continued. The following deadlines are extended as follows:

    1. All non-expert discovery, including non-expert depositions, shall be completed by November 30, 2012.

    2. Any discovery-related Motions shall be filed by December 12, 2012.

    3. The Plaintiff will make her Rule 26 expert disclosures and statements by December 31, 2012.

    4. The Defendants will make their Rule 26 expert disclosures and statements by January 31, 2013.

    5. Expert depositions shall be completed by March 1, 2013.

    6. Dispositive Motions shall be due on or before April 1, 2013. Responses shall be filed within 21 days. Optional reply

briefs shall be filed within 14 days after the service of the response.

    7. The jury trial is reset to **August 13, 2013, at 9:00 a.m.,** before the Honorable John T. Nixon. The pretrial conference is reset to **August 2, 2013, at 10:00 a.m.**

    IT IS SO ORDERED.

_____
E. Clifton Knowles
United States Magistrate Judge