IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

MELINDA THOMPSON )
)
v. ) NO. 3-11-0392
) JUDGE CAMPBELL
CITY OF LEBANON, TENNESSEE, )
et al. )

ORDER

Pending before the Court, among other things, is Plaintiff's Motion for an Order Certifying any Interlocutory Appeal as Frivolous (Docket No. 299). Defendants have filed a Response in opposition to this Motion (Docket No. 301). After review of the pleadings and the relevant case law, the Court finds that Plaintiff's Motion should be DENIED. *Dickerson v. McClellan*, 37 F.3d 251, 252 (6th Cir. 1994); *Offineer v. Kelly*, 2011 WL 736397 at * 1 (S.D. Ohio Feb. 23, 2011).

The parties have represented that two of the pending Motions in this case are no longer necessary. Therefore, Defendants' Motion in Limine # 1 (Docket No. 279) and Defendants' Motion in Limine # 2 (Docket No. 283) are DENIED as moot. All other pending Motions in this case are DENIED without prejudice to being re-filed after conclusion of the pending appeal.

The Clerk shall close this case administratively until the pending appeal is concluded. The parties shall promptly notify the Court of the result of the appeal. The case may be reopened upon Motion from either party at that time.

IT IS SO ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE